Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014  FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.: 2:04-bk-24113-VZ |
| | ) |
| Duque, Eddie Mitchell | ) TRUSTEE'S NOTICE OF |
| | ) UNCLAIMED DIVIDEND |
| | ) (Bankruptcy Rule 3011) |
| | ) |
| | ) |
| | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 619058 in the sum of

$87.89 representing the total amount of unclaimed dividend in

the above-entitled debtor's estate.  The check was not

deliverable at the address of record.  The Trustee, after due

diligence, has not been able to locate the payee.  Said sum is

paid over to you pursuant to Bankruptcy Rule 3011.  The record

reflects the name and address of the party entitled to said

unclaimed dividend to be:

THE EDUCATION RESOURCES INST.
330 STUART ST., SUITE 500
P. O. BOX 9123
BOSTON, MA  2117

Date:  02/08/10

_____
NANCY CURRY

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee

Check No. 619058

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)⎕⎕

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|----------|------|----------------------|-------------|---------|---------------|--------------|-------|
| 0424113-VZ | 411-0 | DUQUE, EDDIE MITCHELL | 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 | 0.00 | 87.89 | 0.00 | 87.89 |

🔒 WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

January 28, 2010

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950

Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

64-79
611

No.  619058

PAY** Eighty Seven Dollars and 89 Cents***********************************************
TO THE ORDER OF

AMOUNT ***********$87.89 ***

VOID AFTER April 28, 2010

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry*

⑈619058⑈ ⑆061100790⑆ 0000005752001⑈