1
Nancy Curry
2
Chapter 13 Trustee
606 S. Olive Street, Suite 950
3
Los Angeles, CA  90014
(213) 689-3014  FAX (213) 689-3055

4

5
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
6

7
In re:                          ) Case No.: 2:04-bk-24113-VZ
                                )
8
    Duque, Eddie Mitchell       ) TRUSTEE'S NOTICE OF
                                ) UNCLAIMED DIVIDEND
9                               ) (Bankruptcy Rule 3011)
                                )
10                              )
                                )
11

12
    TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13
    Please find annexed hereto Check No. 625001 in the sum of

14
$46.64 representing the total amount of unclaimed dividend in

15
the above-entitled debtor's estate.  The check was not

16
deliverable at the address of record.  The Trustee, after due

17
diligence, has not been able to locate the payee.  Said sum is

18
paid over to you pursuant to Bankruptcy Rule 3011.  The record

19
reflects the name and address of the party entitled to said

20
unclaimed dividend to be:

21
                    Oscar Novelo
                    4200 Rosemead Blvd., Apt #111
22                  Pico Rivera, CA  90660

23

24
Date:  August 2, 2010

25
                                        NANCY CURRY


NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

625001

7/29/2010

Forty Six Dollars and 64 Cents                                                46.64

   50003300                                              VOID VOID VOID
   U.S. BANKRUPTCY COURT
   FISCAL DEPT.                                            VOID VOID VOID
   255 E. TEMPLE STREET, RM 1067
   LOS ANGELES,CA  90012-                                   VOID VOID VOID

| Case No. Clm | Debtor Name | Your Account No. | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|
| 0424113-VZ  4100-0 | DUQUE, EDDIE MITCHELL | | 46.64 | | 46.64 |